IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHERWIN PERKINS,
    Plaintiff,

v.

GEORGIA DEPT OF CORRECTIONS, et al.,
    Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-2329-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action pursuant to 28 U. S. C. § 1915. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 23 day of July, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge